AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Elizabeth Inez Hagy | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:10-CV-552-MBS |
| Commissioner of Social Security Administration | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendation of Magistrate Judge Hendricks is adopted. It is Ordered and Adjudged that the decision of the Commissioner is Affirmed.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, United States District Judge.

Date:   May 27, 2011                                              *CLERK OF COURT*  Larry W. Propes

                                                                                    *Chondra S. White*
                                                                        *Signature of Clerk or Deputy Clerk*